**Order entered May 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL, Appellant**

**V.**

**GREENVILLE LANDMARK VENTURE, ET AL, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. 10-02411-D**

## ORDER

Before the Court is appellees' May 15, 2013 agreed motion to extend time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed on or before June 21, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE